FILED'08 AUG 27 15:15USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LESTER CRAIN, | CV No. 07-6275-PA |
| Petitioner, | |
| v. | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE |
| JAMES BARTLETT, Superintendent, Oregon State Correctional Institution, | |
| Respondent. | |

Based on the joint motion of the parties, the Court

HEREBY ORDERS this case dismissed without prejudice. The Court further incorporates into this order the agreement by the parties that due to the unique procedural posture of this case in the state court system, the petitioner's one-year statute of limitations under 28 U.S.C. § 2244(d)(1) has not yet begun to run on either guilt- or sentencing-phase claims.

Dated this 27 day of August, 2008.

_____
Owen M. Panner
United States District Judge

Submitted by:

/s/ Amy Baggio
_____
Amy Baggio
Assistant Federal Public Defender

ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE